

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

2018 MAY 18 AM 9: 07

| | | |
|---|---|---|
| Daniel L. Hellmuth, Pro Se<br>Plaintiff | § § § | Case No.: 1:18 C V 3 4 0 |
| Vs | § § | Honorable Judge: J. BARRETT |
| Leanne Hood,<br>Herbert Hood, et.al.<br>Defendant | § § § § | WRONGFUL DEATH<br>COMPLAINT |

Now comes Daniel L. Hellmuth, known here as Plaintiff, as a 100% disabled honorably discharged Vietnam veteran, filing the following complaint pro se against his daughter, Leanne Hood and Herbert Hood et.al. as Defendants. The Plaintiff reserves the right to amend the filing of this Complaint.

## COMPLAINT

In 2014, my wife and I bought a townhouse in Round Rock, Texas near her granddaughters so we could spend winters in Texas and spend summers in our house in Trenton, Ohio. When we returned to Ohio for the summer, my daughter and her husband, Herbert Hood II approached us and suggested that they move into the finished basement to look after the house when we were in Texas. They told us that they would pay all the expenses i.e. electric, water, taxes and insurance. since they would sell their house when they moved to our house. It had been several years since her mother and I divorced and we had planned on giving the house to my daughter and her husband in our will after we had passed. We had paid $35,000.00 for the lot, then contracted the house to be built to our specifications which cost us another $275,000.00. We then added a lawn sprinkler system, alarm system and other amenities.

The following May, 2015, we returned from Texas to our Ohio house and my daughter and her husband had moved into the basement as planned. However, soon after our return, my daughter and her husband told us that they couldn't pay the utilities, taxes and insurance because they were in our names and they had no interest in the house. So against our better judgement, we had our attorney draw up a Quick Claim deed giving them one-half of the house with the other half in our deed when we both had passed. This seemed to solve the problem. Ref (exhibit A)

When returned to the house from Texas in the spring of 2016, they were not satisfied with the arrangement and wanted to be the sole owners of the house, giving us the right to live in the upstairs portion of the house until we both had passed. I objected and had several heated discussions with my wife about it. Up to this time, it seemed that the relationship with my

daughter was good and they promised to keep their end of the bargain. Rather than risk another argument with the love of my life, I finally agreed. My daughter had James C. Smith esq. draw up the paper work for us to sign. Nothing was in it about our living agreement to spend the summers in the upstairs portion of the house but when confronted with this, both my daughter and her husband repeated stated that we could live there until both of us died. My daughter took the deed transfer to her co-worker who was a Notary to get her stamp and signature. We never saw the Notary. Ref (exhibit "B")

That's when things went from good to terrible. They no longer wanted any part of us. My wife was extremely upset and expressed her dissatisfaction with the arrangement to me and to our friends. My attorney drew up an affidavit stating our dissatisfaction. My wife talked to my daughter by phone many times while we spent the winter of 2016-2017 in Texas but the conversation always ended with my wife in tears. We had an Affidavit Regarding Real Estate drawn up by our attorney and signed it. He filed it with the court. Ref (exhibit "C")

On March 13, 2017, my wife suffered a severe heart attack and died. I returned to Ohio to have the funeral at our church in Trenton. Soon after, I returned to Texas to take care of some loose ends before returning to Trenton for the summer. I spent the summer in Ohio and on September 1st, returned to Texas for the winter . Two days later, I received an e-mail from my daughter and her husband telling me not to return to Ohio, the house was theirs and if I did return, they would have me arrested and prosecuted. Ref (exhibit "D")

In October of 2017, I filed a civil case pro se in the Butler County Common Pleas Court (CV 2017 10 2386) to have the possession of my house returned to me because the deed transfers were within Ohio's 2-year-rule allowing the executor (me) of my wife's will to void them. Soon afterward, I received an e-mail from my daughter saying that they had bought a house in West Chester, Ohio and they wanted to sell my house. In December 2017, I filed with the Butler County Probate Court for her will to be read and a motion to void the property transfer. When the Probate Court learned of my civil suit, they put my wife's will on hold until there was a determination of the Common Pleas court was settled. Had I known that the only reason that they wanted my house was to take it from me and to sell it for the money, I would never had agreed to any of the arrangements. Ref. (exhibit "E")

In January, 2018, the Magistrate in the case allowed me to get some things out of my house and arranged a visitation. When I drove onto the adjoining street, I noticed a Trenton police car parked at the bottom of the hill. After I passed him, the police car followed me up the hill to my house. My daughter and her husband had the driveway blocked so I couldn't park in it. There was a second Trenton police car parked on the street in from of my house. As I parked my car, the Trenton police car pulled up close behind me, blocking me from leaving. As I exited my car, I met my daughter with a box of some of my belongings. As I looked around, I noticed that her husband and the two Trenton policemen were standing behind their cars. This gave me a flash-back of being in Vietnam and I saw an ambush being set up. I got back in my car and left.

Before I left for Texas, I stopped by the Trenton police department and got a police report of the incident. The report said that my daughter had called and told them that I had a CCW and a VETERAN WHO HAS BEEN MENTALLY UNSTABLE. As an honorably discharged disabled

Vietnam combat veteran, it was then I realized that I had walked into an ambush that, if I had put my hand in my pocket, could have resulted in my death by police. Ref. (exhibit "F")

Causing the death of my wife just to get ownership of our house and sell it for cash was greed and a premeditated plan on their part. I'm 71 years old, my wife was 72 and probably together wouldn't have had many more years to live. They would have gained ownership of my house at that time without killing my wife.

Respectfully submitted, this 17th of May, 2018.     Signed: _Daniel L. Hellmuth_

                                                    Daniel L. Hellmuth, Pro Se
                                                    1620 Bryant Drive Unit 2403
                                                    Round Rock, Texas 78664
                                                    513-320-5369

3

TRANSFERRED
DATE 9-4-15
CONVEYANCE —
FEE $ —
EXEMPT 8740 C
Roger Reynolds, Butler Co. Auditor
This conveyance has been examined and the grantor
has complied with section 319.202 of the revised code



Image ID: 000009271204 Type: OFF
Recorded: 09/04/2015 at 03:24:20 PM
Fee Amt: $28.00 Page 1 of 2
Workflow# 0000259861-0001
Butler County, Ohio
Dan Crank COUNTY RECORDER
File# 2015-00035422
BK 8828 PG 2134

# QUIT CLAIM (SURVIVORSHIP) DEED

DANIEL L. HELLMUTH and SUSAN GAIL HELLMUTH, Husband and Wife, for valuable consideration paid, grant to HERBERT G. HOOD, II (Married) and LEANNE M. HOOD (Married), said Grantees being Husband and Wife, for their joint lives, remainder to the survivor of them, whose tax mailing address is 800 Dry Ridge Court, Trenton, Ohio 45067, the following real property:

**AN UNDIVIDED ONE-HALF INTEREST IN THE FOLLOWING:**
Lot Number Two Thousand Nine Hundred Forty-Seven (2947) as the same is known and designated on the recorded plat of Ginger Ridge Subdivision (Plat Microfiche 2841 A-C), a subdivision of situated in the City of Trenton, County of Butler and State of Ohio.

Subject, however, to all building, use, planning, urban renewal and zoning restrictions and limitations, and all easements, rights-of-way and protective covenants heretofore created, which are now applicable to and effective against said real estate.

Tax Parcel #R0500-068-000-005. Said property is also known as 800 Dry Ridge Court, Trenton, Ohio 45067.

PRIOR INSTRUMENT REFERENCE: Volume 7457, Page 0511 of the Butler County, Ohio Official Records.

Grantors hereby release all rights of dower therein. Executed this __1ST__ day of __SEPTEMBER__, 2015.

_Daniel L. Hellmuth_
DANIEL L. HELLMUTH

_Susan Gail Hellmuth_
SUSAN GAIL HELLMUTH

## Exhibit A

**Book : 8828  Page : 2134  Instrument Number : 2015-00035422  Seq: 1**



Image ID: 000009271205 Type: OFF
Page 2 of 2
File# 2015-00035422
BK 8828 PG 2135

STATE OF TEXAS
COUNTY OF WILLIAMSON, ss:

1 ST The foregoing instrument was executed and acknowledged before me this _____ day of September _____, 2015 by DANIEL L. HELLMUTH and SUSAN GAIL HELLMUTH, Husband and Wife.

MICHELLE SANCHEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. Feb. 26, 2017

NOTARY PUBLIC, STATE OF TEXAS

THIS INSTRUMENT PREPARED BY: DON IMHOFF, JR.
ATTORNEY AT LAW
300 NORTH MAIN STREET
SUITE 500
MIDDLETOWN, OHIO    45042

UNOFFICIAL

EXHIBIT A1

Page 1 of 1

TRANSFE
DATE 7-6-16
CONVEYANCE D
FEE $     O
EXEMPT  6309 KO
Roger Reynolds, Butler Co. Auditor

This conveyance has been examined and the
grantor has complied with Sec 319.202 of the ORC

Image ID: 000009510200 Type: OFF
Recorded: 07/07/2016 at 08:12:46 AM
Fee Amt: $28.00 Page 1 of 1
Workflow# 0000286623-0001
Butler County, Ohio
Dan Crank COUNTY RECORDER
File# 2016-00025581

BK 8915 PG 1357

**SURVIVORSHIP DEED**
(Statutory form, per R. C. 5302.17)

DANIEL L. HELLMUTH AND SUSAN GAIL HELLMUTH (Husband and Wife), GRANTORS, for valuable consideration paid, grants with general warranty covenants to HERBERT G. HOOD, II AND LEANNE M. HOOD (Husband and Wife), GRANTEES, whose tax mailing address is 800 Dry Ridge Court, Trenton, Ohio 45067, for their joint lives, remainder to the survivor of the GRANTEES, all its right, title and interest in the following described real property, also more commonly known as 800 Dry Ridge Court, Trenton, Ohio 45067:

**THE ENTIRE INTEREST GRANTORS HAVE IN THE FOLLOWING:**

Lot numbered Two Thousand Nine Hundred Forty-Seven (2947) as the same in known and designated on the recorded plat of Ginger Ridge Subdivision (Plat Microfiche 2841-A-C), a subdivision situated in the City of Trenton, County of Butler, and State of Ohio.

Subject, however, to all building, use, planning, urban renewal and zoning restrictions and limitations, and all easements, rights-of-way and protective covenants heretofore created, which are now applicable to and effective against said real estate.

Tax Parcel ID #: R8500-068-000-005. Said property is also known as 800 Dry Ridge Court, Trenton, Ohio 45067.

Prior Instrument Reference: Volume Deed Book 8828, Page 2134, of the Butler County, Ohio Official Records.

Grantors hereby release any and all rights of dower therein.  Executed this 31st day of May, 2016.

Grantors:

_____
Daniel L. Hellmuth

_____
Susan Gail Hellmuth

STATE OF OHIO          }
COUNTY OF BUTLER       } SS

BE IT REMEMBERED, that on this 31st day of May, 2016, before me, a Notary Public in and for said state, personally came Daniel L. Hellmuth and Susan Gail Hellmuth, the Grantors in the foregoing deed, and acknowledged the signing thereof to be their voluntary act and deed.

_____
Notary Public

**Shelley Meehan**
Notary Public, State of Ohio
My Commission Expires October 23, 2018

This instrument prepared by David E. Hardin, Attorney at Law.

**Exhibit B**



Image ID: 000009586301 Type: OFF
Recorded: 09/28/2016 at 08:09:19 AM
Fee Amt: $28.00 Page 1 of 2
Workflow# 0000294858-0001
Butler County, Ohio
Dan Crank COUNTY RECORDER
File# 2016-00038621

BK 8948 PG 257

# AFFIDAVIT REGARDING TITLE TO REAL ESTATE

STATE OF OHIO
COUNTY OF BUTLER, ss:

DANIEL L. HELLMUTH and SUSAN GAIL HELLMUTH, Husband and Wife, whose address is 800 Dry Ridge Court, Trenton, Ohio 45067, having been first duly sworn, state as follows:

1. That Affiants are the owners of an undivided one-half interest in the following described real estate, by virtue of Deeds recorded at Volume 7457, Page 0511 and Volume 8828, Page 2134 of the Butler County, Ohio Official Records:

> Lot Number Two Thousand Nine Hundred Forty-Seven (2947) as the same is known and designated on the recorded plat of Ginger Ridge Subdivision (Plat Microfiche 2841 A–C), a subdivision situated in the City of Trenton, County of Butler and State of Ohio.

> Tax Parcel #R8500-068-000-005. Also known as 800 Dry Ridge Court, Trenton, Ohio 45067.

2. That on or about May 31, 2016 Affiants were fraudulently induced to sign a Deed dated May 31, 2016 and recorded July 7, 2016 at Volume 8915, Page 1357 of the Butler County, Ohio Official Records;

3. That said Deed was fraudulently and defectively executed and was obtained without representation by independent counsel;

4. That Affiants did not execute and acknowledge their signing before a Notary Public;

5. That one or more of the Grantees of said Deed fraudulently and illegally took the document to a Notary Public out of the presence of Affiants, which Notary, to wit: SHELLEY MEEHAN

**Exhibit C**

illegally notarized said document, said Deed not having been acknowledged by Affiants before said Notary Public;

      6.    That Affiants continue to claim ownership of an undivided one-half interest in the real estate described above.

_____
DANIEL L. HELLMUTH

_____
SUSAN GAIL HELLMUTH

Sworn to before me and subscribed in my presence by DANIEL L. HELLMUTH and SUSAN GAIL HELLMUTH this 27th day of September, 2016.



Don Imhoff, Jr.
Attorney at Law
Notary Public, State of Ohio
My Commission has
no Expiration date
Section 147.03 R.C.

_____
NOTARY PUBLIC–STATE OF OHIO

# PREPARED BY: DON IMHOFF, JR., ATTORNEY AT LAW

Image ID: 000009586302 Type: OFF
File# 2016-00038621 Page 2 of 2
BK 8948 PG 258

9/6/17

To:   Dan Hellmuth
1620 Bryant Dr. Unit 2403
Round Rock, TX 78664

Per our conversation on Wednesday, August 16th, 2017, you completed your visit on September 4th, 2017 at our residence located at 800 Dry Ridge Ct., Trenton, OH 45067. You are no longer permitted to be in or on our property located at 800 Dry Ridge Ct. You also do not have our permission to utilize our address or property rights to receive mail, or in connection with or association to any business ventures or transactions.

Any and all communication with us must be through email hoodherb@yahoo.com or mpdred368@gmail.com or text message 513-373-6502. No personal phone calls or personal contact will be tolerated until further notice. Do not send any third party to our residence to speak or act on your behalf.

The locks and alarm codes to our residence have been changed, and other security measures have been implemented to provide for our safety. If you have any personal property in the upper level, garage, or shed that you wish to keep, you have until 11/30/17 to make arrangements for removal. You may email an itemized list of what you want to keep, or you can make arrangements to have all personal property removed. The manner in which the property is removed and the date and time the property is removed must be approved in advance by us. We are willing to assist you in retrieving any personal property that remains in our home, but the physical retrieval must be performed by a third party that we have approved to come onto the property. Anything that remains in the upper level, garage, or shed after 11/30/17 will be considered abandoned and becomes our property to do with as we see fit.

If you violate any of our requests, we will contact the listed law enforcement supervisor for inquiry about criminal action against you.

Herb and Leanne Hood

Cc:    James C. Smith
Attorney at Law
4000 Roosevelt Blvd.
Middletown, OH 45044

Cc:    Investigating Supervisor
Sgt. Craig Flick
Trenton Police Department
11 E State St.
Trenton, Ohio 45067

**Exhibit D**

**From:** Leanne Hood
**Sent:** Tuesday, October 17, 2017 8:39 PM
**To:** dan hellmuth; Dan Hellmuth
**Cc:** Lynn Howard
**Subject:** the house

We were hoping to hear from your attorney by now, but since we haven't, you need to make a decision.

We don't want the Trenton house. We are in the process of buying a home and will be moving soon. However, the Trenton house is legally ours right now. You still do not have access to the house or property, and you have until 11/30 to make arrangements to remove anything you want from the upstairs portion of the house or everything left upstairs will be considered abandoned.

If you want to keep the Trenton house, you will need to pay us half of the appraised value.

If you don't want the Trenton house, then we need to make arrangements to sell it. We can do this the easy and inexpensive way and draw up an agreement outside of court with our attorneys. If this happens, we can handle the sale, help you with arrangements to get your property, and then mail you a check for half.

If we don't draw up an agreement with our attorneys outside of court, then we will file a title action and a partition action to have the court order the sale of the house. If this happens, the court may decide to order the house to be sold at 2/3 of the appraised value instead of full value.

We will wait until November 1 for your response. If we don't hear from you, we will be filing a court action to sell the house.

Leanne and Herb Hood

cc: James C. Smith, Attorney at Law

# Exhibit E

TRENTON CITY OF

Aggravated Assault/Homicide Circumstance:                    Statement Obtained:

PERSON INFORMATION

INVPERNo.: 2          HOOD, LEANNE M 800 DRY RIDGE CT TRENTON
OH 45067
SSN: ••••••••

D.L. No.: ••••••••          Date of Birth: 5/1 2/1969 Age. 48 YRS Date of Emancipation:/ /
                        State. *      Exp. Date: / /
                                                Phone: 51 3-373-6502

3 3



**Trenton Police Department**
11 E State ST
Trenton, OH  45067-0000
Phone 513-988-6341 Fax 513-988-5173
**Incident / Offense Report**
1-18-000062

Print Date/Time:
2/05/2018 12:57

Place of Birth:
                                    Country:

Gender: F Race: w       Hgt: 5' 5"      vvgt: 1 25 To 1 25   Hair: BRO      Eyes GRN
Residential Status: Resident                                Marital Status:

Aggravated Assault/Homicide Circumstance.                    Statement Obtained:

---

Narrative Type: Dispatch Narrative                    Topic: TRANSFERRED FROM
                                                    CAD
Narrative Officer: Holland, Chelsey (158)            Narrative Date/Time:  1/1 1/201 8 09:37
Approved By:     Chaney, Jamy (123)                 Approval Date/Time: 01/13/2018 121 1
STAND BY FOR PROPERTY EXCHANGE DANIEL HELLMUTH CCW
AND VETERAN WHO HAS BEEN MENTALLY UNSTABLE OFF DUTY
OFFICER FROM MIDDLETOWN REQ STAND BY FOR PROPERTY
EXCHANGE MR HELLMUTH GOT HIS PROPERTY

Narrative Type:   Incident Report/Information         Topic:

Narrative Officer: Root, Jeffrey (133) 133           Narrative Date/Time:   1/1 1/201 8    13
Approved By:     Chaney, Jamy (123)                 Approval Date/Time:   01/13/2018 1213

I responded to 800 Dry Ridge Ct. to meet with Leanne Hood reference a standby while her father
(Daniel Hellmuth) came and got some property from the residence. Leanne and Daniel are going through a civil
dispute over the residence and Daniel no longer lives there. Leanne stated Daniel requested to come get some
property form the residence yesterday in court, so Leanne had it waiting for him when he arrived. Daniel pulled up in
his vehicle and Leanne handed him a box of his property that he requested. Daniel became animated with his
movements and demanded he get to go into the residence to get more property. Leanne refused to allow him to go in
and told him he had no rights to the property. Daniel then called Leanne a "bitch" and got back into his vehicle and
left the premises.

This report is for information purposes only.

---

**Exhibit F**

Feb. 5. 2018    T R E N T O N CITY OF

Last revised 10/24/2016

2 3



**Trenton Police Department**
11 E State ST
Trenton, OH 45067-0000
Phone 513-988-6341 Fax 513-988-5173
**Incident / Offense Report**
**1-18-000062**

Print Date/Time:
2/05/2018 12:57

## EVENT INFORMATION

Report No.: I-1 8-000062    Local Report No: 1 8-000062    Report Date/Time: 1/1 1/2018 09:37

Type: 65    **Stand By**

Comment: Hood/Hellmuth // Standby    Event Date/Time: 1 /1 1/201 8 09:37 To. 1/1 1/2018 09:37

Disposition: Closed

## EVENT LOCATION

800    DRY    RIDGE    CT
TRENTON, OH 45067
Intersection:

Location Type: Residence
County: Butler
Map / Ref:

Beat / District: Area 3 NNV

Zone / Area:    Area 3 NW

ADMINISTRATION

Reporting Officer: Root, Jeffrey (1 33)

Entered By:    Root, Jeffrey (133)

Approved By:    Chaney, Jamy (123)

DISPATCH INFORMATION

Call Number:    1 80000000380 Call Type.    Station Phone

Received Time: 09:37    End Time: 00:00    Elapsed Time:    862

DISPATCHED UNIT(S)

| Unit Number: Dispatched: | | Enroute: | On Scene | Cleared: | Elapsed: |
|---|---|---|---|---|---|
| 26P33 | 09:39 | 09:39 | 09:45 | 09:58 | 28 |

## PERSON INFORMATION

INVPERNo.: I    HELLMUTH, DANIEL L.
800 DRY RIDGE CT TRENTON OH 45067

SSN: *********

D.L. No.: ********    Date of Birth: 1 0/01/1 946 Age. 71 YRS Date of Emancipation:/ /
State.    Exp. Date: / /    Phone: 51 3-804-661 5
Cell.    513-320-5369

Place of Birth:    Country: USA

Gender: M Race: W    Hgt: 6' 1"    vvgt: 260 To 260    Hair: WHI    Eyes BLU
Residential Status: Resident    Marital Status: M