**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Daniel L. Hellmuth,

    Plaintiff,

                                                    Case No. 1:18cv340

      v.                                      Judge Michael R. Barrett

Leanne Hood, *et al.,*

    Defendants.

## JUDGMENT IN A CIVIL CASE

**[ ]**   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[ X]**   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:   The Report and Recommendation (Doc. 29) is adopted; Defendants' Motion for Judgment on the Pleadings (Doc. 16) is granted.

Date: April 17, 2019                    Richard W. Nagel, Clerk
                                                  Clerk

                                   By:         *S/Barbara A. Crum*
                                                 Deputy Clerk